# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MARK AND DEBORAH BUCHANAN**                               **PLAINTIFFS**

**V.**                                            **CIVIL ACTION NO.1:06CV419 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                  **DEFENDANT**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motions [78] [79] of State Farm Fire and Casualty Company to dismiss this action or to join the United States Small Business Administration as a party are **DENIED**.

**SO ORDERED** this 2nd day of May, 2007.

                                                         s/ L. T. Senter, Jr.
                                                         L. T. SENTER, JR.
                                                         SENIOR JUDGE